IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDMUNDO GONZALEZ,

      Plaintiff,

v.                                                                     No. CIV 10-0552 JB/KBM

QWEST,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed September 30, 2011 (Doc. 34). Gonzalez failed to respond to Qwest's Motion to Dismiss or to the Court's Show Cause Order, filed September 19, 2011 (Doc. 33). Accordingly, the Court dismissed his case. Because the Court's Memorandum Opinion and Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Complaint and the case against the Defendant are hereby dismissed and final judgment is entered.

                                                                  _____
                                                                   UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Edmundo Gonzalez
Los Lunas, New Mexico

      *Plaintiff Pro Se*

Eric R. Burris
Adam E. Lyons
Brownstein Hyatt Farber Schreck, LLP
Albuquerque, New Mexico

      *Attorneys for Defendant*